

# Court of Appeals
## Tenth Appellate District of Texas

McLENNAN COUNTY COURTHOUSE
501 WASHINGTON AVENUE, RM. 415
WACO, TEXAS 76701-1373

May 1, 2025

Stan Schwieger
Law Office of Stan Schwieger
600 Austin Avenue, Suite 12
Waco, TX 76701
* DELIVERED VIA E-MAIL *

Joshua Tetens
McLennan County District Attorney
219 N. 6th St., Suite 200
Waco, TX 76701
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  10-25-00097-CV
     Trial Court Case Number:  2022-065-J

STYLE:  In the Matter of P.P., a Juvenile

By order of the Supreme Court of Texas dated April 2, 2025, Misc. Docket No. 25-9016, the above cause has been transferred to the Fifteenth Court of Appeals District in Austin, Texas on this date. All future correspondence and filings regarding this cause should be directed to Christopher A. Prine, Clerk, Fifteenth Court of Appeals, William P. Clements Building, 300 West 15th Street, Suite 607, Austin, Texas 78701. The phone number is (512)463-1610, and the website is www.txcourts.gov/15thcoa.

Sincerely,

*Sherry Williamson*

Sherry Williamson, Clerk

cc:  Jon Gimble (DELIVERED VIA E-MAIL)
     Judge Dibrell (Dib) W. Waldrip (DELIVERED VIA E-MAIL)
     Alexandra Selden (DELIVERED VIA E-MAIL)
     Judge E. Alan Bennett (DELIVERED VIA E-MAIL)